No. 94–1933.  SOBIECKI *v.* UNITED STATES; and

No. 94–9078. BROZEK-LUKASZUK ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.